UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO:  2:09-CR-6072-LRS |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER DISMISSING |
| | ) | INDICTMENT AND |
| | ) | QUASHING THE ARREST |
| GERMAN MANZO-ESPARZA, | ) | WARRANT |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

This matter coming before the above Court on the government's motion to

dismiss the indictment and to quash the arrest warrant; and the Court having reviewed

the files and the records herein;

IT IS HEREBY ORDERED:

That the indictment in the above-referenced case shall be dismissed;

IT IS FURTHER ORDERED:

That the arrest warrant issued in the above-referenced case shall be quashed.

ENTERED this 16th day of December, 2015.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE